IN THE CIRCUIT COURT OF THE 13TH
JUDICIAL CIRCUIT IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA

CASE NO: 09-03591
DIVISION: G

TOBY MARTINI, et al.,

    Plaintiffs,

v.

COUNTRYWIDE FINANCIAL
CORPORATION, et al.,

    Defendants,

_____/

RECEIVED
APR 14 2009
CLERK OF CIRCUIT COURT

## COUNTRYWIDE'S CORRECTED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT[1]

Defendant Countrywide Home Loans, Inc. (**Countrywide**) moves for a thirty-day extension of time *nunc pro tunc* to respond to the complaint and any other deadlines pending in this action and states as follows:

1. Countrywide's response to the complaint is past due to be filed with the Court.

2. The undersigned was retained as counsel for Countrywide on April 13, 2009. It is not possible for counsel to investigate the allegations contained in the complaint and prepare an adequate response to the complaint presently.

3. Accordingly, we respectfully request a thirty-day extension of time to respond to the complaint and any other pending matters, setting the response date as May 13, 2009.

---

[1] Countrywide originally filed its motion for an extension of time on April 13, 2009. Subsequent to filing the motion, counsel for Countrywide became aware of several typographical and scrivener's errors in the motion. Countrywide respectfully files this corrected motion to correct those errors.

4. This request is not made lightly or for purposes of delay. Counsel genuinely needs the additional time requested to prepare adequately a response to the complaint on behalf of Countrywide.

Wherefore, we respectfully requests a thirty-day extension of time to respond to the complaint such that the response would be served on or before May 13, 2009.

*Leslie Utiger* FBN: 22972
for
_____
William P. Heller
Florida Bar No. 987263
e-mail: william.heller@akerman.com
Patrick J. Walsh
Florida Bar No. 57860
e-mail: patrick.walsh@akerman.com
**AKERMAN SENTERFITT**
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida 33301
954-759-8945(ph)/954-463-2224 (fax)

*Counsel for Countrywide*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail on April 14, 2009 to Scott D. Stamatakis, Esq., Stamatakis & Thalji, P.L., PO Box 341499, Tampa, Florida 33694.

*Leslie Utiger* for
_____
Patrick J. Walsh